# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 29, 2013

Robert P. Young, Jr.,
Chief Justice

146128

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                      SC: 146128
                                      COA: 303593
                                      Wayne CC: 86-000214-01-FC

KARL FREDERICK VINSON,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the July 26, 2012 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Garrett* (Docket No. 145594) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.

      MCCORMACK, J., not participating because of her prior involvement as counsel for a party.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2013

_____
Clerk

h0422